# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
|  | ) | Case No. |
| MICHAEL DECKINGA | ) | 2:25-MJ-158 |
|  | ) |  |
|  | ) |  |
|  | ) |  |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 22, 2024, through May 14, 2025 in the county of LAKE in the NORTHERN District of INDIANA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Steven Moran, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/13/2025

s/John E. Martin
*Judge's signature*

City and state: Hammond, IN

Hon. John E. Martin, U.S. Magistrate Judge
*Printed name and title*