# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff,

v.                            **Case No.** 2:25 MJ 158

**MICHAEL DECKINGA**

       Defendant.

## APPEARANCE

To the Clerk of this court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for **Michael Deckinga**.

*Date:* August 14, 2025

                                             Respectfully submitted,

                                             Northern District of Indiana
                                             Federal Community Defenders, Inc.

                                             By:   s/ Peter L. Boyles
                                                    Peter L. Boyles
                                                    2929 Carlson Drive, Suite 101
                                                    Hammond, Indiana 46323
                                                    Phone: (219) 937-8020
                                                    Email: Peter_Boyles@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that, on August 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

                                                               s/ Peter L. Boyles