# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL DECKINGA<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 2:25-MJ-158 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL DECKINGA ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

On or about November 22, 2024, through on or about May 14, 2025, Michael DECKINGA committed violations of 18 U.S.C. § 2252A(a)(2), distribution of child pornography.

Date: 08/13/2025

s/John E. Martin
*Issuing officer's signature*

City and state:   Hammond, IN

Hon. John E. Martin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08-13-2025 , and the person was arrested on *(date)* 08-13-2025
at *(city and state)* Dyer, Indiana .

Date: 08-14-2025

*J. Hines*
*Arresting officer's signature*

J. Hines, Special Agent
*Printed name and title*